# United States Court of Appeals
## For the Eighth Circuit

_____

No. 25-2339
_____

Captain Rory M. Walsh, USMC (Ret.)

*Plaintiff - Appellant*

v.

Department of the Navy; United States of America

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of South Dakota - Southern

_____

Submitted: January 21, 2026
Filed: January 26, 2026
[Unpublished]

_____

Before SMITH, SHEPHERD, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Captain Rory Walsh appeals the district court's[1] adverse grant of summary judgment in this action brought under the Freedom of Information Act, 5

_____

[1]The Honorable Eric C. Schulte, United States District Judge for the District of South Dakota.

U.S.C. § 552.  After careful de novo review of the record and the parties' arguments on appeal, we affirm for the reasons stated by the district court.  See Argus Leader Media v. U.S. Dep't of Agric., 740 F.3d 1172, 1175 (8th Cir. 2014) (standard of review); 8th Cir. R. 47B.

_____